# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Levesque,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                       3:09-cv-17-FDW
                                        (3:05-cr-358)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2010 Order.

                                        Signed: August 27, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court